No. 1100. UNITED STATES *v.* PALLETZ; and
No. 1101. UNITED STATES *v.* KROMER.

April 7, 1947. *Per Curiam:* The judgments are reversed. 56 Stat. 23, 24, § 1 (b) as amended, 50 U. S. C. App. (Supp. V, 1946) § 901 (b); R. S. § 13, as amended, 58 Stat. 118; *Great Northern R. Co.* v. *United States,* 208 U. S. 452; *United States* v. *Reisinger,* 128 U. S. 398. *Acting Solicitor General Washington* and *Gerald A. Gleeson* for the United States.

No. 125, Misc. EX PARTE BUTZ ET AL.; and
No. 126, Misc. EX PARTE STERBA. April 7, 1947. The motions for leave to file petitions for writs of mandamus are denied.

No. 127, Misc. EX PARTE LEWIS ET AL. April 7, 1947. The petition for appeal is denied.

No. 131, Misc. EX PARTE SNYDER. April 7, 1947. The petition for appeal presented to MR. JUSTICE DOUGLAS and by him referred to the Court is denied.

No. 184. CONE *v.* WEST VIRGINIA PULP & PAPER CO. April 7, 1947. The motion of respondent as to costs is denied. See *ante,* p. 212.